# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Flavine North America Inc | 1/13/2023 | Wire | $ 170,325.00 |
| Akorn Operating Company, LLC | Flavine North America Inc | 1/20/2023 | Wire | $ 1,200.00 |
| Akorn Operating Company, LLC | Flavine North America Inc | 2/1/2023 | Wire | $ 660,000.00 |
| | | | | $ 831,525.00 |